**Affidavit**          1:23 MJ 4179

I, Jose Alcantara, a Task Force Officer with the Drug Enforcement Administration (DEA), Cleveland District Office (CDO), being duly sworn, depose and state as follows:

1. Affiant is currently employed as a Police Officer with the Euclid, Ohio Police Department (EPD), and has been so since July of 2008. Affiant was employed as a Police Officer with the Cuyahoga Metropolitan Housing Authority (CMHA), and was so since July 2002. Affiant has been assigned to the Drug Enforcement Administration (DEA), Cleveland District Office (CDO), as a Task Force Officer (TFO) since January 2021.

2. Consequently, Affiant is an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), and is empowered by law to conduct investigations and to make arrests for offenses enumerated in title 18, United States Code, Section 2516.

3. In Affiant's current assignment with the DEA, Affiant has participated in investigations targeting individuals and organizations committing drug trafficking offenses in the Northern District of Ohio and elsewhere. At all times during the investigation described herein, Affiant has been acting in an official capacity as a TFO.

4. This affidavit is being submitted for the limited purpose of establishing probable cause that Tramaine L. WILLIAMS, age 22, of Cleveland, OH has violated Title 21, United States Code, Section 841(a)(1) [distribution of controlled substances]. The statements contained in this affidavit are derived from information provided to me by members of the Euclid Police Department and the DEA, as well as my own investigation of this matter. This affidavit does not include every fact known to me regarding this investigation but will seek to summarize relevant information.

**Probable Cause**

5. Since the first week of May 2023, your affiant has conducted four (4) undercover (UC) purchases of drugs from WILLIAMS, and as detailed below, was scheduled to meet on June 7, 2023 for a fifth time. During each of the UC buys, your affiant communicated with WILLIAMS on her telephone number 216-672-2594 to set up and facilitate the purchase.

6. On May 5, 2023, your affiant met with WILLIAMS and purchased a powder fentanyl mixture and fentanyl/mixture pills in the city of Euclid. The purchased drugs were sent to the Cuyahoga County Regional Forensic Science Laboratory for analysis, with the following results:

   a. Bag#50495 – pink rock-like substance – 5.43 grams of Fentanyl, Schedule II Drug and 4-ANPP Schedule II Drug.

   b. Bag#50496 – (25) Unknown blue pills – 3.36 grams of Fentanyl, Schedule II Drug, 4-ANPP, Schedule II Drug, Xylazine, Schedule III Drug.

   c. In the packaging there was a mixture of blue powder, gray small particles and clear/white small particles that were found to contain, THC Residue, Schedule I, Methamphetamine Residue, Schedule II, Fentanyl Residue, Schedule II and Cocaine Residue, Schedule II Drugs. Case#2023-003557-0001.

7. On May 10, 2023, your affiant met with WILLIAMS and purchased powder fentanyl mixture and fentanyl/mixture pills in the city of Euclid. The purchased drugs were sent to the Cuyahoga County Regional Forensic Science Laboratory for analysis, with the following results:

   a. Bag#50555 – pink rock-like substance - 5.15 grams of Fentanyl, Schedule II Drug and 4-ANPP Schedule II Drug.

b. Bag#50556 – Thirty (30) Unknown blue pills – 4.04 grams, Fentanyl, Schedule II Drug, 4-ANPP, Schedule II Drug and Xylazine, Schedule III Drug.

8. On May 18, 2023, your affiant met with WILLIAMS and purchased powder fentanyl mixture and fentanyl/mixture pills in the city of Cleveland. Prior to the UC purchase, Euclid Police Officers conducted a traffic stop of her vehicle for expired plates. During the stop, it was determined that she also had a suspended driver's license. WILLIAMS complied with officers and allowed them to search her vehicle. Officers did not locate any drugs in the vehicle, cited WILLIAMS for driving under suspension and sent her on her way.

9. It was later discovered that during the traffic stop, WILLIAMS was on the phone with her boyfriend who is incarcerated at the county jail for other crimes.[1] Investigators have reviewed this recorded call. It could be heard as WILLIAMS is talking to a person stating the cops could not locate the drugs because she had it hidden in a bodily orifice.

10. Despite the traffic stop, WILLIAMS agreed to meet with your affiant and sold additional drugs in the city of Cleveland. The purchased drugs were sent to the Cuyahoga County Regional Forensic Science Laboratory for analysis, with the following results:

a. Bag#50626 - pink rock-like substance – 17.12 gross grams of Fentanyl, Schedule II Drug and 4-ANPP Schedule II Drug.

b. Bag#50627 - (100) unknown blue pills – 13.19 gross grams of Fentanyl, Schedule II Drug.

11. On May 25, 2023, your affiant met with WILLIAMS and purchased powder

---

[1] Your affiant is familiar with her boyfriend, and is aware of the other charges that he is currently being held on. Your affiant is withholding the boyfriend's name here because the boyfriend is not charged in this criminal complaint, and to protect the investigation moving forward.

fentanyl mixture and fentanyl/mixture pills in the city of Cleveland. The purchased drugs were sent to the Cuyahoga County Regional Forensic Science Laboratory for analysis, with the following results:

    a. Bag#50626 - pink rock-like substance – 26.11 grams of Xylazine, Schedule III Drug.

    b. Bag#50627 - (125) unknown blue pills – 16.53 grams of Fentanyl, Schedule II Drug.

12. On June 7, 2023, your affiant arranged a meeting with WILLIAMS to purchase additional drugs in the City of Independence, Ohio specifically at the Comfort Inn hotel, room 203 that afternoon.

13. During the evening of this same date, WILLIAMS knocked on the door of room 203 at the Comfort Inn, the UC answered and WILLIAMS entered with a McDonald's bag in hand. WILLIAMS initially began explaining to the UC why she was late to the meet and why the amount of narcotics ordered was not exactly the amount she was able to bring. Once WILLIAMS handed the narcotics to the UC, additional investigators entered the living space of the hotel room and detained WILLIAMS. Investigators recovered from within a black plastic bag inside the McDonald's bag approximately 114 gross grams of a pink rock-like substance and approximately 188 gross grams of unknown blue pills.

14. Subsequently, investigators advised WILLIAMS of her Miranda rights, which she waived, and conducted an interview of WILLIAMS in attempt to gain cooperation. WILLIAMS admitted to selling controlled substances to the UC on several occasions. WILLIAMS admitted to obtaining the seized drugs from a local known drug trafficker[2] and admitted to being aware of

---

[2] The identity of this drug trafficker has been omitted from this affidavit to protect the furtherance of this investigation. This individual is not charged in this criminal complaint.

her current indictment in reference to Cuyahoga County case # CR23-679940-A with a court date set for the following day, June 8th. However, it was determined that WILLIAMS may have minimized her role in the investigation and/or was withholding information. WILLIAMS was later conveyed to the Cuyahoga County Jail on a federal hold pending a criminal complaint without incident.

15. Your affiant believes that the drugs seized from WILLIAMS are Xylazine (powder) and Fentanyl (pills) based on appearance, texture and past dealings with WILLIAMS. These substances will be sent to the Cuyahoga County Regional Forensic Science Laboratory for testing.

16. On this same date, WILLIAMS placed a recorded jail call to the telephone number 216-323-2284, a phone associated with her father, Jermaine Williams. During the recording jail call, in summary, WILLIAMS advised her father that she was arrested by the Feds. WILLIAMS stated she got set up by an undercover, got caught doing a transaction, requested for her father to do her a favor. WILLIAMS then asked her father to get all the clothes of her car, to which Investigators know to be a dark blue BMW sedan observed and utilized during several of controlled purchases between WILLIAMS and the UC, and for him to do it right now. Her father inquired where the car keys were to which WILIAMS replied the vehicle was unlocked and also requested for her father to clean out her drawers also. Investigators believe when WILILAMS referenced cleaning out her drawers in her room at her father's house located at 1966 Haverhill Road in Cleveland, Ohio. Her father agreed to do so and WILLIAMS asked for her father to do it right away and she would have someone pick up the car. Her father advised that he put everything in a plastic bag and also mentioned a silver purse that contains WILLIAMS'

belongings. As of writing this affidavit, WILIAMS has not made any additional calls on the recorded jail phone to her father or anyone else.

## Conclusion

17. Based on the preceding, I believe probable cause exists which indicates Tramaine L. WILLIAMS, age 22, of Cleveland, OH has violated Title 21, United States Code, Section 841(a)(1) [distribution of controlled substances].

Jose Alcantara
Task Force Officer
Drug Enforcement Administration

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Fed. R.Crim. P. 3, 4(d), and 4.1, this  08th  day of June 2023.

Jonathan D. Greenberg
United States Magistrate Judge
Northern District of Ohio

